| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 12/2/09 |

---------------------------------- x

DOYNOW SALES ASSOCIATES, INC.,         :

        Plaintiff,         :         08 Civ. 8043 (AJP)

    -against-         :         **ORDER FOR SETTLEMENT CONFERENCE**

ROCHEUX INTERNATIONAL OF NEW JERSEY,  :
INC. a/k/a Rocheux International, Inc.,
                                      :

        Defendant.
                                        :

---------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for Friday, December 4, 2009, at 2:00 p.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before 5:00 p.m. on Thursday, December 3, 2009, counsel shall provide a short confidential settlement memorandum to my chambers via fax (212-805-7933). The memorandum shall not be filed with the Clerk of the Court nor provided to opposing counsel.

C:\ORD\

2

The memorandum should set forth the party's settlement proposal (range). The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:	New York, New York
	December 2, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:	Scott A. Lucas, Esq.
	Nicholas Caputo, Esq.

C:\ORD\